## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KATHERINE LAGOR, et al.,** | ] |
| | ] |
|     **Plaintiffs,** | ] |
| | ] |
|     v. | ]    Civil Action No.: 06-1967 (JDB) |
| | ]    Next Event: |
| **ELI LILLY AND COMPANY, et al.,** | ] |
| | ] |
|     **Defendants.** | ] |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Renee L. Robinson-Meyer of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, KATHERINE LAGOR and TIMOTHY LAGOR, Individually and as Parents, Guardians and Next Friends of EGL, a Minor, in the above-referenced matter.

                                              Respectfully submitted,

                                              AARON M. LEVINE & ASSOCIATES

                                              /s/ Renee L. Robinson-Meyer
                                            RENEE L. ROBINSON-MEYER, #455375
                                            1320 19th Street, N.W., Suite 500
                                            Washington, DC  20036
                                            202-833-8040
                                            Fax: 202-833-8046