## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KATHERINE LAGOR, et al.,                    ]
                                            ]
       Plaintiffs,                          ]
                                            ]
    v.                                     ]        Civil Action No.: 06-1967 (JDB)
                                            ]        Next Event:
ELI LILLY AND COMPANY, et al.,              ]
                                            ]
       Defendants.                          ]


## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, KATHERINE LAGOR and TIMOTHY LAGOR, Individually and as Parents, Guardians and Next Friends of EGL, a Minor, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046