IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Katherine Lagor, et al., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Eli Lilly and Company, et al., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-CV-01967-JDB |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: December 18, 2006

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Michelle R. Mangrum
Michelle R. Mangrum, DC Bar No. 473634
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

135761v1

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 18th day of December, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW
Suite 500
Washington, D.C. 20036
(202) 833-8040

**Attorneys for Plaintiff**

John F. Anderson
Troutman Sanders LLP
1660 International Drive
Suite 600
McLean, VA 22102
(703) 734-4356

**Attorneys for Dart Industries, Inc.**


/s/ Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

135761v1