UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE LAGOR, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1967 (JDB) |

**SCHEDULING ORDER**

Pursuant to the Initial Scheduling Conference held with the Court on January 25, 2007, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby **ORDERED** as follows:

1. Joinder or amendment of the pleadings shall be completed by not later than March 22, 2007.

2. All discovery requests shall be served by not later than April 23, 2007.

3. Plaintiffs, in accordance with Fed. R. Civ. P. 26(a)(2), shall designate experts and provide expert reports by not later than June 21, 2007. Defendants shall designate experts and provide expert reports pursuant to Rule 26(a)(2) by not later than August 20, 2007.

4. All discovery shall be completed by October 19, 2007, and the parties agree that

1

experts may be deposed until the close of discovery.

5. Dispositive motions shall be filed by not later than November 19, 2007. Any oppositions shall be filed within thirty (30) days from the date on which the dispositive motion is served, by not later than December 19, 2007, and any replies shall be filed by not later than January 2, 2008.

7. The parties shall appear for a status conference on October 23, 2007 at 9:00 a.m.

8. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

/s/     John D. Bates
John D. Bates
United States District Judge

Dated:     January 25, 2007