IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Katherine Lagor, et al., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Civil Action No. 1:06-CV-01967-JDB |
| Eli Lilly and Company, et al., | ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Judith L. O'Grady as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: May 8, 2007

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Judith L. O'Grady
Judith L. O'Grady, DC Bar No. 494290
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

139368v1

- 2 -

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 8th day of May, 2007, which sent notification of such filing to all counsel of record listed below.

| | |
|---|---|
| Aaron M. Levine<br>Aaron M. Levine & Associates, P.A.<br>1320 19th Street, NW<br>Suite 500<br>Washington, D.C. 20036<br>(202) 833-8040<br><br>**Attorneys for Plaintiff** | John F. Anderson<br>Troutman Sanders LLP<br>1660 International Drive<br>Suite 600<br>McLean, VA 22102<br>(703) 734-4356<br><br>**Attorneys for Dart Industries, Inc.** |

                                          /s/ Judith L. O'Grady
                                      **ATTORNEY FOR DEFENDANT**
                                      **ELI LILLY AND COMPANY**

139368v1