UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| KATHERINE LAGOR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:06cv01967 |
| | ) | |
| v. | ) | Judge John D. Bates |
| | ) | |
| ELI LILLY AND COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION DISMISSING**
**DART INDUSTRIES, INC. WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the

undersigned attorneys for the plaintiffs Katherine Lagor and Timothy Lagor,

individually and as parents, guardians and next friends of Emily Grace Lagor and

defendant Dart Industries, Inc. (formerly known as Rexall Drug Company), that

the above-entitled action be dismissed with prejudice as against Dart Industries,

Inc. and without costs to any party hereto as against the other.

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/ Aaron M. Levine | /s/ John F. Anderson |
| Aaron M. Levine | John F. Anderson |
| D.C. Bar # 7864 | D.C. Bar # 393764 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Aaron M. Levine & Associates | Dart Industries, Inc. |
| 1320 19th Street, N.W. | Troutman Sanders LLP |
| Suite 500 | 1660 International Dr., Suite 600 |
| Washington, DC 20036 | McLean, Virginia 22102 |
| (202) 833-8040 | (703) 734-4356 |