UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHARINE LAGOR, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.<br><br>Defendants. | Civil Action No. 06-1967(JDB) |

### ORDER

Upon consideration of [16] plaintiffs' motion to transfer this case to the U.S. District Court for the District of Massachusetts, [17] defendant Eli Lilly and Company's motion to transfer this case to the U.S. District Court for the District of Rhode Island, the oppositions and replies thereto, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 18th day of June, 2007, hereby

**ORDERED** that plaintiffs' motion to transfer is **DENIED**; and it is further

**ORDERED** that defendant's motion to transfer is **GRANTED**, and this case is hereby **TRANSFERRED** to the U.S. District Court for the District of Rhode Island pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:   June 18, 2007